UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA DELGADO GUTIERREZ,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY, a corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No.: 3:21-cv-02144-BEN-RBB<br><br>**ORDER DENYING DEFENDANT'S MOTION TO DISMISS AS MOOT**<br><br>[ECF No. 3] |

　　　Before this Court is Defendant's Motion to Dismiss (ECF No. 3). For the reasons discussed below, Defendant's Motion to Dismiss is DENIED as moot.

　　　On November 20, 2021, Plaintiff filed a Complaint in Superior Court of California, County of San Diego, alleging violations of California's Song-Beverly Act stemming from Plaintiff's purchase of a 2020 Ford Explorer. ECF No. 1. Defendant, served with the Complaint on December 2, 2021, timely removed the matter to this Court on December 29, 2021. *Id.* On January 4, 2022, Defendant filed a motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6). ECF No. 3. On January 25, 2022, while the motion to dismiss was pending, Plaintiff filed an Amended Complaint as a matter of course pursuant to Fed. R. Civ. P. 15(a)(1)(B). ECF No. 5.

A party may amend its pleading once as a matter of course within 21 days of service of a Rule 12(b) motion.  Fed. R. Civ. P. 15(a)(1)(B). When an amended complaint is filed, it "supersedes the original, the latter being treated thereafter as non-existent." *Forsyth v. Humana, Inc.*, 114 F.3d 1467, 1474 (9th Cir. 1997) (citation omitted), *overruled on other grounds by Lacey v. Maricopa Cty.*, 693 F.3d 896, 928 (9th Cir. 2012).  Where a motion to dismiss targets a complaint that has been superseded by an amended complaint, the court should deem the motion to dismiss moot.  *Ramirez v. Cty. of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015).  Here, Defendant's motion to dismiss targeted Plaintiff's initial Complaint, which was superseded on January 25, 2022 by the Amended Complaint. ECF No. 5.  Accordingly, Defendant's motion to dismiss is DENIED as moot.  Defendant shall have leave to file a renewed motion to dismiss targeting the Amended Complaint.

**IT IS SO ORDERED.**

Dated: January 27, 2022

_____
**HON. ROGER T. BENITEZ**
United States District Judge